UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| TERESA TRINH,<br><br>          Plaintiff,<br><br>     v.<br><br>SANTA CLARA VALLEY WATER DISTRICT,<br><br>          Defendant. | Case No.  5:13-cv-05913-EJD<br><br>ORDER RE: ALTERNATIVE DISPUTE RESOLUTION |

On May 26, 2015, the court issued a Pretrial Order which required the parties to meet and confer in an effort to reach an agreement on some form of alternative dispute resolution, and to file either a stipulation embodying their agreement or the form entitled "Notice of Need for ADR Phone Conference." See Docket Item No. 41.

To date, the parties have not filed one of the forms required by the Pretrial Order. Accordingly, they shall do so on or before **October 28, 2015.**

**IT IS SO ORDERED.**

Dated: October 21, 2015

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:13-cv-05913-EJD
ORDER RE: ALTERNATIVE DISPUTE RESOLUTION