Brian C. Hopper, Sr. Asst. District Counsel (SBN: 171070)
Office of District Counsel
Santa Clara Valley Water District
5750 Almaden Expressway
San Jose, California 95118
Telephone: (408) 265-2600
Facsimile: (408) 979-5649
bhopper@valleywater.org

ARTHUR A. HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
GEOFF SPELLBERG (SBN 121079)
gspellberg@publiclawgroup.com
RENNE SLOAN HOLTZMAN SAKAI LLP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 678-3800
Facsimile: (415) 678-3838

Attorneys for Defendant,
Santa Clara Valley Water District

**FILED**

MAR 17 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA TRINH,<br><br>        Plaintiff,<br><br>  v.<br><br>SANTA CLARA VALLEY WATER DISTRICT.<br><br>        Defendant. | CASE NO. CV 13-05913 EJD<br><br>**ORDER PERMITTING TECHNOLOGY EQUIPMENT INTO THE COURTROOM** |

Trial in the above matter is scheduled to begin on March 22, 2016. The parties have requested to bring certain technology equipment into the Courtroom to assist in their presentation of the trial. The Court grants this requests and orders that the Parties may bring into the Courtroom the following equipment:

    Laptop computers;

    Elmo and Projector

1     Projector

2     Projector Screen

3     Book shelves

4     Cables, power strips, extension cords, etc.

5

6     This Order is effective from March 22, 2016 to April 1, 2016.

7     IT IS SO ORDERED.

8

9     Dated: __3/17/16__      _____

10                                                  EDWARD J. DAVILA
                                                United States District Judge