UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERESA TRINH,<br><br>        Plaintiff,<br><br>    v.<br><br>SANTA CLARA VALLEY WATER DISTRICT,<br><br>        Defendant. | Case No.  5:13-cv-05913-EJD<br><br>**ORDER RE: FURTHER CHARGE CONFERENCE** |

In conjunction with the proposed final jury instructions filed on April 5, 2016 (Dkt. No. 106), the court schedules a further charge conference for **1:30 p.m. on April 7, 2016**, at which time the parties may pose any objections or amendments to the proposed instructions.

**IT IS SO ORDERED.**

Dated:  April 5, 2016

_____
EDWARD J. DAVILA
United States District Judge