United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TERESA TRINH,

Plaintiff,

v.

SANTA CLARA VALLEY WATER DISTRICT,

Defendant.

Case No. 5:13-cv-05913-EJD

**VERDICT FORM**

We, the jury in the above-entitled action, unanimously find the following verdict on the questions submitted to us:

**Equal Pay Act Claim**

1. Has Plaintiff Teresa Trinh proved by a preponderance of the evidence that during the period from December 21, 2011, to June 14, 2012, that she was paid less than Dave Drury and that she performed equal work as Dave Drury at Defendant Santa Clara Valley Water District ("Defendant") that required equal skill, effort and responsibility, and which were performed under similar working conditions?

Answer: Yes _______ No ________

- If you answered "Yes" to Question Number 1, proceed to Question Number 2. If you answered "No" to Question Number 1, then proceed to Question Number 9.

United States District Court
Northern District of California

2. Has Defendant proved by a preponderance of the evidence that the difference in pay was the result of a bona fide seniority system or on factors other than sex, such as an employee's education, an employee's experience, or on a classification system not based on sex?

Answer: Yes _______ No ________

- If you answered "Yes" to Question Number 2, proceed to Question Number 3. If you answered "No" to Question Number 2, then proceed to Question Number 4.

3. Has Plaintiff proved by a preponderance of the evidence that Defendant's claimed justifications for the difference in pay were a pretext for sex-based wage discrimination?

Answer: Yes _______ No ________

- If you answered "Yes" to Question Number 3, proceed to Question Number 4. If you answered "No" to Question Number 3, then proceed to Question Number 9.

4. Has Plaintiff proved by a preponderance of the evidence that she was damaged by Defendant's violation of the Equal Pay Act?

Answer: Yes _______ No ________

- If you answered "Yes" to Question Number 4, proceed to Question Number 6. If you answered "No" to Question Number 4, then proceed to Question Number 5.

5. What are Plaintiff's nominal damages for Defendant's violation of the Equal Pay Act, not exceeding $1?

$______________________

- Proceed to Question Number 9.

United States District Court
Northern District of California

6. Has Plaintiff proved by a preponderance of the evidence that Defendant willfully violated the Equal Pay Act?

Answer: Yes _______ No ________

- If you answered "Yes" to Question Number 6, proceed to Question Number 8. If you answered "No" to Question Number 6, then proceed to Question Number 7.

7. What are Plaintiff's damages for Defendant's nonwillful violation of the Equal Pay Act?

$______________________

- Proceed to Question Number 9.

8. What are Plaintiff's damages for Defendant's willful violation of the Equal Pay Act?

$______________________

- Proceed to Question Number 9.

**Disability Discrimination Claim**

9. Has Plaintiff proved by a preponderance of the evidence that Defendant discriminated against her based on a physical disability?

Answer: Yes _______ No ________

- Proceed to Question Number 10.

United States District Court
Northern District of California

## **Failure to Accommodate Claim**

10. Has Plaintiff proved by a preponderance of the evidence that Defendant failed to provide Plaintiff with reasonable accommodation?

Answer: Yes _______ No ________

- If you answered "Yes" to Question Number 10, proceed to Question Number 11. If you answered "No" to Question Number 10, then proceed to Question Number 12.

11. Has Defendant proved by a preponderance of the evidence that it would have been an undue hardship to provide Plaintiff with the accommodation Plaintiff requested?

Answer: Yes _______ No ________

- Proceed to Question Number 12.

## **Failure to Engage in the Interactive Process Claim**

12. Has Plaintiff proved by a preponderance of the evidence that Defendant failed to engage in a timely, good faith interactive process with Plaintiff on the subject of reasonable accommodation?

Answer: Yes _______ No ________

- If you answered "No" to all of Question Numbers 9, 10, and 12, then answer no further questions, and please sign, date and return the verdict form.
- If you answered "Yes" to any of Question Numbers 9, 10, or 12, proceed to Question 13; however, if you answered "Yes" only to Question Number 10 and also answered "Yes" to Question Number 11, then answer no further questions, and please sign, date and return the verdict form.

United States District Court
Northern District of California

**Remedies**

13. Has Plaintiff proved by a preponderance of the evidence that she was harmed by Defendant's disability discrimination, failure to engage in the interactive process and/or denial of reasonable accommodation?

Answer: Yes _______ No ________

- If you answered "Yes" to Question Number 13, then proceed to Question Number 14.
- If you answered "No" to Question Number 13, then answer no further questions, and please sign, date and return the verdict form.

14. Has Plaintiff proved by a preponderance of the evidence that Defendant's disability discrimination, failure to engage in the interactive process and/or denial of reasonable accommodation was a substantial factor in causing her harm?

Answer: Yes _______ No ________

- If you answered "Yes" to Question Number 14, then please proceed to Question Number 15.
- If you answered "No" to Question Number 14, then answer no further questions, and please sign, date and return the verdict form.

United States District Court
Northern District of California

15. What are Plaintiff's damages for disability discrimination, failure to engage in the interactive process and/or denial of reasonable accommodation?

$_______________________________

- Please sign, date and return the verdict form.

DATED: _______________________ _____________________________________

PRESIDING JUROR