UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA TRINH,<br><br>        Plaintiff,<br><br>   v.<br><br>SANTA CLARA VALLEY WATER DISTRICT,<br><br>        Defendant. | Case No. 5:13-cv-05913-EJD<br><br>**ORDER FOR JURY REFRESHMENTS** |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily lunch for the 8 members of the jury in the above-entitled matter beginning **April 11, 2016**, for the duration of jury deliberations, at the expense of the United States.  The trial will be held in Courtroom 4, 5th Floor, Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA 95113.

IT IS SO ORDERED.

Dated: 4/8/2016



EDWARD J. DAVILA
United States District Judge